UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

APRIL COLIE )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 4:18-CV-107-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 4, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,900.00.

**This Judgment Filed and Entered on October 4, 2019, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

October 4, 2019                PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk